■ In the Matter of DeANDRE WILLIAMS, Petitioner, v JANET DiFIORE et al., Respondents. [951 NYS2d 680]—

This Court does not have subject matter to jurisdiction to entertain this proceeding (*see* CPLR 7804 [b]; 506 [b]). Eng, P.J., Rivera, Hall and Sgroi, JJ., concur.